UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUSTAVO VARGAS,<br><br>        Defendant.<br>_____/ | 1:09-cr-00270-LJO<br><br>**ORDER OF DETENTION FOLLOWING REVOCATION OF PREVIOUSLY SET CONDITIONS OF RELEASE** |

   After conducting a hearing on the **defendant's** own motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained as a flight risk.

IT IS SO ORDERED.

**Dated:   August 24, 2009**                    /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

1